PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Jose Sanchez               Cr.: 21-00140-001
                                                                  PACTS #: 7323281

Name of Sentencing Judicial Officer:   THE HONORABLE JOHN MICHAEL VAZQUEZ
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/28/2022

Original Offense:   Count 1: Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1), a Class C Felony

Original Sentence: 24 months imprisonment, 2 years supervised release

Special Conditions: Special Assessment, Substance Abuse Testing and Treatment, Gang Associate/Member, Mental Health Treatment. Consent to Search, Life Skills/Education, Motor Vehicle Compliance, Supporting Dependents

Type of Supervision: Supervised Release                Date Supervision Commenced: 05/05/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On December 22, 2022, Mr. Sanchez provided a urinalysis sample which tested positive for marijuana. Mr. Sanchez denied any illegal substance use. |
|  | On January 26, 2023, Mr. Sanchez provided a urinalysis sample at C-Line Community Outreach which tested positive for marijuana. Mr. Sanchez denied any illegal substance use. |

U.S. Probation Officer Action:

The probation office submitted three prior non-compliance reports related to Mr. Sanchez's substance use, specifically marijuana and cocaine. No formal action was taken by Your Honor.

On November 7, 2022, Mr. Sanchez was admitted to short-term residential treatment. He successfully completed inpatient treatment on December 5, 2022, and re-enrolled in intensive outpatient treatment at C-Line Community Outreach in Jersey City, New Jersey. As noted above, he tested positive for marijuana and adamantly denied use. Mr. Sanchez submitted six (6) subsequent urinalysis tests since January 26, 2023, and the results were negative. Mr. Sanchez's counselor provided a favorable update on his progress and compliance in treatment. Mr. Sanchez's level of treatment was recently decreased to outpatient. He participates in two telehealth groups weekly and one individual in-person session with drug testing weekly. He is scheduled to complete treatment in April 2023.

Prob 12A – page 2
Jose Sanchez

Mr. Sanchez recently secured employment at Burlington Coat Factory in Edgewater, New Jersey and is employed part-time. He seems focused and committed to his sobriety and maintaining stable employment. He completed a mental health assessment at C-Line Community Outreach, and no treatment was recommended.

We will continue to monitor his progress in treatment and will report any additional instances of noncompliance. At this time, we respectfully request no formal court action.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: IVETTELIS PEREZ
Senior U.S. Probation Officer

/ ip

APPROVED:

_____   March 16, 2023
CARRIE H. BORONA                  Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

3/16/2023
Date